LOCAL Form 420B−1 (8/21)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Oklahoma

In Re:  
    Thomas Dean Ledbetter  
                  Debtor(s).

Case No.: 24−80729  
Chapter: 7

**NOTICE OF OBJECTION TO CLAIM OF EXEMPTION**  
**NOTICE OF DEADLINE TO FILE RESPONSE**  
**AND NOTICE OF HEARING**

The following Objection to Claim of Exemption has been filed with the court:

*17* – Objection to Debtor's Claim of Exemptions Filed by Alexander Sullivan on behalf of Luke Homen, Trustee. (Sullivan, Alexander)

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the above−referenced Objection, or if you want the court to consider your views on the Objection to Claim of Exemption, then on or before November 23, 2024,

you or your attorney must file with the court at the address listed below, a written Response at the address below explaining your position. If you mail your Response to the court you must mail it early enough so that the court will receive it on or before the date stated above. **Mail to:**

**United States Bankruptcy Court P.O. Box 1888 Muskogee, OK 74402**

You must also mail a copy of your Response to the name and address listed at the bottom of the Objection stated above enclosed with this notice unless they are served by electronic notice. If you file a Response, you must also attend the hearing scheduled to be held on:

    December 11, 2024 at 10:00 AM Ed Edmondson US Courthouse, 101 N 5th St, Courtroom 4, Muskogee, OK 74401.

**IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT WILL DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE OBJECTION TO CLAIM OF EXEMPTION AND WILL ENTER AN ORDER ACCORDINGLY.**

Date: October 24, 2024