# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| In Re | ) |
| Thomas Dean Ledbetter | ) Case Number: 24-80729 |
|  | ) Chapter 7 |
| Debtor | ) |
|  | ) |

### CERTIFICATE OF SERVICE

State of Oklahoma )
                       ) ss.
County of Cherokee )

     Alex Sullivan, attorney for Luke A. Homen, Trustee, of lawful age, upon his oath does depose and state that October 24, 2024, a true and correct copy of the Objection to to Exemption (doc. 17) and Corrected Notice of Motion and Hearing (doc. 21), were electronically served to those parties registered with CM/ECF and emailed directly to Terry Bigby, the Attorney for the Debtor, and then mailed to Debtor at the following address:

    Thomas Dean Ledbetter
    318 E. Shawnee St.
    Tahlequah, OK 74464

     Dated this 24th day of October, 2024.

By: _____/s/ Alex Sullivan_____
    Alex Sullivan
    OK Bar #33618
    Luke Homen Law, PLLC
    10313 Greenbriar Parkway
    Oklahoma City, Oklahoma 73159
    phone: (405) 639-2099
    fax: (405) 252-1654
    alex@lukehomenlaw.com
    Attorney for Trustee Luke Homen