UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

In Re: )
 )  Case No. 24-80729
Thomas Dean Ledbetter )  Chapter 7
 )
 )
Debtor(s) )

## REPORT OF ASSET CASE

After investigation by the undersigned Chapter 7 Trustee, a reasonable likelihood exists that assets are present in this Estate and a distribution to creditors may result. Preliminarily, it appears the assets in this Estate are comprised of:

(a) Unliquidated, hard assets: Debtor's ½ interest in 2014 Kia
(b) Potential chooses in action:
(c) Cash proceeds on hand:
(d) Anticipated, professionals needed to assist in administration of the Estate: Trustee is hired as counsel for Trustee

The undersigned Trustee request that the Clerk of the Court issue Notice of Claims Bar Date to the current matrix in this case.

DATED November 20, 2024

By: /s/ Luke Homen
Luke Homen
OK Bar #32243
Luke Homen Law, PLLC
10313 Greenbriar Parkway
Oklahoma City, Oklahoma 73159
phone: (405) 639-2099
fax: (405) 252-1654
luke@lukehomenlaw.com

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 24-80729 PRT | Judge: | Paul R. Thomas | Trustee Name: | Luke A. Homen |
|---|---|---|---|---|---|
| Case Name: | Thomas Dean Ledbetter | | | Date Filed (f) or Converted (c): | 09/19/2024 (f) |
| | | | | 341(a) Meeting Date: | 10/21/2024 |
| For Period Ending: | 11/20/2024 | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 318 E. Shawnee Street Tahlequah, OK 74464 | 245,000.00 | 0.00 | | 0.00 | FA |
| 2. 2015 Chevrolet Silverado | 3,500.00 | 0.00 | | 0.00 | FA |
| 3. 2014 Kia RIL | 3,250.00 | 3,250.00 | | 0.00 | 3,250.00 |
| 4. 2019 Forest River Travel Trailer | 4,000.00 | 0.00 | | 0.00 | FA |
| 5. misc household & kitchen furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Household electronics | 500.00 | 0.00 | | 0.00 | FA |
| 7. wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8. Costume jewelry, wedding rings, watches | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Dog | 0.00 | 0.00 | | 0.00 | FA |
| 10. Arvest Bank Account Number: 5450 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. TPWA | 1,077.00 | 0.00 | | 0.00 | FA |
| 12. Funds held by USDA for payment of damages caused by house fire | 45,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $306,327.00 | $3,250.00 | | $0.00 | $3,250.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/20/24 Asset due to debtor's 1/2 interest in Kia.
10/24/24 Obj to exemptions- 2 vehicles claimed exempt for one debtor.
10/21/24 App hire atty.

Initial Projected Date of Final Report (TFR): 12/31/2025    Current Projected Date of Final Report (TFR): 12/31/2025

Trustee Signature:    /s/ Luke A. Homen    Date: 11/20/2024

Luke A. Homen
10313 Greenbriar Parkway
Oklahoma City, OK 73159
(405)639-2099
trustee@lukehomenlaw.com